CASPAR SPEISS, Respondent, *v.* CONSTANTIN ROSSWOG et al., Appellants.

(Argued June 12, 1884; decided June 24, 1884.)

*Stephen H. Olin* for appellants.

*D. M. Porter* for respondent.

Agree to affirm order and for judgment absolute against defendants on stipulation; no opinion.
All concur.
Order affirmed and judgment accordingly.

———

LYMAN BRADLEY, Respondent, *v.* JAMES MANNING et al., Appellants.

(Argued June 12, 1884; decided June 24, 1884.)

*Merritt King* for appellants.

*Gabriel L. Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———

MORRIS SOLOMON, Respondent, *v.* THE CITY OF KINGSTON, Appellant.

(Submitted June 13, 1884; decided June 24, 1884.)

*John J. Linson* for appellant.

*E. S. Wood* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.